Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000564
05-FEB-2020
08:27 AM

NO. CAAP-19-0000564

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE:  HAWAI'I STATE ASBESTOS CASES

This Document Applies To:
PRISCILLA A. KELII, DANIELLE T. BATTISTI, SUCCESSOR PERSONAL
REPRESENTATIVE OF THE ESTATE OF GEORGE JOSEPH KELII, DECEASED,
DEBORAH DULATRE, DENISE HIRANO, and DENISE HIRANO,
Plaintiffs-Appellees,

1)  CRANE COMPANY, a DELAWARE CORPORATION;
2)  AIR 7 LIQUID SYSTEMS CORPORATION,
    SUCCESSOR-BY-MERGER TO BUFFALO PUMPS, INC., A
    NEW YORK CORPORATION;
3)  ARMSTRONG INTERNATIONAL INC., A MICHIGAN
    CORPORATION;
4)  WEIR VALVES & CONTROLS USA, INC., D/B/A
    ATWOOD & MORRILL, CO., INC., A MASSACHUSETTS
    CORPORATION;
5)  AURORA PUMP COMPANY, A DIVISION OF PENTAIR,
    INC., A MINNESOTA CORPORATION;
6)  BAYER CROPSCIENCE, INC.,SUCCESSOR-IN-
    INTEREST TO RHONE POULENC AG COMPANY, F/K/A
    AMCHEM PRODUCTS, INC., F/K/A BENJAMIN FOSTER
    PRODUCTS COMPANY, A FOREIGN CORPORATION;
7)  CBS CORPORATION, F/K/A VIOCOM INC., SUCCESSOR
    BY MERGER TO CBS CORPORATION F/K/A
    WESTINGHOUSE ELECTRIC CORPORATION, A DELAWARE
    CORPORATION;
8)  CLEAVER-BROOKS, INC., A DELAWARE CORPORATION;
9)  FLOWSERVE US INC., SOLELY AS SUCCESSOR TO
    ROCKWELL MANUFACTURING COMPANY,
    SUCCESSOR-IN-INTEREST TO EDWARD VALVE AND
    MANUFACTURING COMPANY, AND
    SUCCESSOR-IN-INTEREST TO EDWARD VALVE AND
    MANUFACTURING COMPANY, AN

SUCCESSOR-IN-INTEREST TO EDWARD VALVES, INC., A NEW YORK CORPORATION;

10) GENERAL ELECTRIC COMPANY INC., A NEW YORK CORPORATION

11) GOULDS PUMPS, INC., A DELAWARE CORPORATION

12) IMO INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DELAVAL, INC., TRANSAMERICA DELAVAL INC., AND DELAVAL STEAM TURBINE COMPANY, A DELAWARE CORPORATION;

13) INGERSOLL RAND CO., INDIVIDUALLY AND AS SUCCESOR-IN-INTEREST TO ALDRICH PUMPS, A NEW JERSEY CORPORATION;

14) ITT CORPORATION, SUCCESSOR-IN-INTEREST TO FOSTER ENGINEERING, AN INDIANA CORPORATION;

15) JOHN CRANE, INC., A DELAWARE CORPORATION; Defendants-Appellees

AND

16) KAANAPALI LAND, LLC, AS SUCCESSOR BY MERGER TO NORTHBROOK CORPORATION, SUCCESSOR BY MERGER TO AMFAC, INC., A DELAWARE CORPORATION; Defendant-Appellant,

AND

17) THE LYNCH CO., INC. A HAWAI CORPORATION;

18) METROPOLITAN LIFE INSURANCE COMPANY, A NEW YORK CORPORATION;

19) ELECTROLUX HOME PRODUCTS, SUCCESSOR TO COPES VULCAN, INC., A DELAWARE CORPORATION;

20) TATE ANDALE, INC., A MARYLAND CORPORATION;

21) UNION CARBIDE CORPORATION, A NEW YORK CORPORATION;

22) WARREN PUMPS, LLC, A DELAWARE CORPORATION;

23) THE WM. POWELL COMPANY, AN OHIO CORPORATION; Defendants-Appellees,

AND

24) DOES 1 TO 25, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-1-0914-06(JHA))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Chan and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Kaanapali Land, LLC's January 24, 2020 "Motion for Dismissal With Prejudice of the Appeal," the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted. The appeal is dismissed with prejudice. See Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, February 5, 2020.


Chief Judge


Associate Judge


Associate Judge